1 LAWRENCE G. BROWN
2 UNITED STATES ATTORNEY

3 MICHAEL E. O'BRIEN
  SPECIAL ASSISTANT UNITED STATES ATTORNEY
4 Office of the Staff Judge Advocate
  AFFTC/JA
5 1 South Rosamond Blvd.
  Edwards AFB, California 93524
6 Phone: (661) 277-4380 / Fax: (661) 277-1625

7

8
                UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,
                                          MOTION AND ORDER FOR
12              Plaintiff,                      DISMISSAL
13
                v.                        CASE NO.: 2578505
14
    Alicia A. James,                      MAGISTRATE JUDGE
15
                Defendant.
16

17

18 The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal
19 Procedure, hereby moves this honorable Court to dismiss the Violation Notice against Alicia A.
20 James, without prejudice, in the interest of justice.
21                                        Respectfully Submitted
22
23                                        Lawrence G. Brown
                                          United States Attorney
24 DATED: August 30, 2010
25
                                    By    /s/ Michael E. O'Brien
26                                        MICHAEL E. O'BRIEN
                                          Special Assistant United States Attorney
27
28

1

1 | ORDER

2

3 | IT IS HEREBY ORDERED that the case against Alicia A. James, Case No.: 2578505, be
4 | dismissed, without prejudice, in the interest of justice, and that the hearing set for 31 August 2010
5 | is VACATED.

6

7 | DATED this **30th** day of **August**, 2010

8

9

10

11 | JENNIFER L. THURSTON
12 | US MAGISTRATE JUDGE