| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEREMY S. KROGER, Bar #258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
ALICIA JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:10-cr-00017 JLT |
| | ) | |
| v. | ) | |
| | ) | MOTION TO WITHDRAW AS COUNSEL OF |
| ALICIA JAMES, | ) | RECORD AND FOR ALICIA JAMES TO BE |
| | ) | SUBSTITUTED IN PRO SE; AND |
| Defendant. | ) | [PROPOSED] ORDER THERETO |
| | ) | |

Jeremy S. Kroger, Assistant Federal Defender and counsel of record for Defendant, Alicia James, in the above- entitled case, hereby moves for an order allowing him to withdraw as counsel of record.  In support of this motion it is averred as follows:

1. Ms. James was charged with:  i) willfully delaying a peach officer, a Class A misdemeanor; and ii) speeding.  Because the willful-delaying charge carried with it the possibility of a custodial sentence, at Ms. James's initial appearance, the Court appointed the Office of the Federal Defender to represent Ms. James and defense counsel accepted appointment.

2. On August 30, 2010, the government dismissed the willful-delaying charge, leaving only the speeding charge outstanding.  Because speeding charges do not carry with them the threat of a custodial sentence, the Office of the Federal Defender does not ordinarily represent defendants in such cases.

///

3. Counsel has discussed the matter with Ms. James and she is prepared to continue in this case pro se. She is aware of the trial date of August 16, 2010, and she will be ready to proceed with a trial on that date, assuming that the government produces the outstanding discovery sufficiently in advance of trial for Ms. James to adequately prepare.

For the above reasons, present counsel requests that he be relieved as attorney of record and requests that Ms. James be substituted in as pro se counsel.

DATED: August 30, 2010

                                              Respectfully requested,

                                              DANIEL J. BRODERICK
                                              Federal Defender

By:   /s/ Jeremy S. Kroger
       JEREMY S. KROGER
       Assistant Federal Defender
       Counsel for Defendant
       ALICIA JAMES

### ORDER

**IT IS SO ORDERED.** Effective immediately, the Office of the Federal Defender is relieved as counsel for Defendant, Alicia James.

DATED: August 30, 2010

                                              JENNIFER L. THURSTON, Magistrate Judge
                                              United States District Court